**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
**emhlaw@aol.com**
**TELEPHONE: 559-248-0900**
**FACSIMILE: 559-248-0901**

Attorney for Defendant, MIGUEL SALDATE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 1:18 CR 00072 LJO SKO |
| Plaintiff, | **STIPULATION RE MODIFICATION OF PRE-TRIAL CONDITIONS; ORDER THEREON** |
| vs. | |
| MIGUEL SALDATE, | |
| Defendant | |

It is hereby stipulated among the parties (with the permission and agreement of Pre-Trial Services Officer Ali Mirgain and Assistant U.S. Attorney Ross Pearson) as follows:

1. That the Defendant Miguel Saldate Sr. will be allowed to attend his daughter's graduation from high school at Central Valley High School, 4033 Central Ave., Ceres, CA 95307 on June 1, 2018 at 7:30 pm. The Defendant will be allowed to leave his house at 6:30 pm and will be back to his residence at 9:30 pm on June 1, 2018.

2. That on May 4, 2018 the Defendant Miguel Saldate Sr. is allowed to assist his family in moving from his current address, 1025 Petaluma Drive, Modesto, CA

95351, to his new address which will be 5931 Central Ave., Ceres, CA 95307 from the hours of 9:00 a.m. to 6:00 p.m.

**Respectfully Submitted,**

DATED: 4/25/18

/s/ E. Marshall Hodgkins
**E. Marshall Hodgkins,
Attorney of Record
for Miguel Saldate**

DATED: 4/25/18

/s/ Ross Pearson
**Assistant United States Attorney**

**ORDER**

IT IS SO ORDERED.

Dated: **April 25, 2018**     /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE