**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
**emhlaw@aol.com**
**TELEPHONE: 559-248-0900**
**FACSIMILE: 559-248-0901**

Attorney for Defendant, MIGUEL SALDATE SR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MIGUEL SALDATE,<br><br>　　　　　Defendant | Case No.: 1:18 CR 00072 LJO SKO<br><br>**STIPULATION RE CHANGE OF PRE-TRIAL SERVICES CONDITIONS FROM HOME CUSTODY TO CURFEW TO ENABLE DEFENDANT TO HAVE A JOB** |

　　　　The United States of America by and through its Counsel of Record Ross Pearson Assistant United States Attorney, and E. Marshall Hodgkins, Attorney of Record for Miguel Saldate Sr. stipulates as follows:

　　　　1. That Defendant Miguel Saldate's current pre-trial condition of Home Custody will be changed to Home Detention.

　　　　2. Through Pre-Trial Services Officer Ali Mirgain and with her permission, the defendant will be allowed to work at Chuy's Towing, 7030 E. Whitmore Ave., Ceres, CA 95307 as a dispatcher for towing services with occasional site assistance.

3. That Defendant Miguel Saldate must participate in the following location monitoring program component and abide by all the requirements of the program, which will include enrollment into a voice identification software, and the availability of a residential telephone line installed and maintained at his own expense. Also, that he must comply with all instructions for the use and operation of said devices as given to him by the Pretrial Services Agency and employees of the monitoring company. He must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. Mr. Saldate must remain inside his residence every day from 8pm to 8am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations

IT IS SO STIPULATED.

Dated: 6/20/18 /s/ Ross Pearson
Assistant U.S. Attorney

Dated: 6/20/18 /s/ E. Marshall Hodgkins
Attorney of Record for
Miguel Saldate Sr.

**ORDER**

IT IS SO ORDERED.

Dated: **June 20, 2018**

UNITED STATES MAGISTRATE JUDGE