**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
**emhlaw@aol.com**
**TELEPHONE: 559-248-0900**
**FACSIMILE: 559-248-0901**

Attorney for Defendant, MIGUEL SALDATE SR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MIGUEL SALDATE,<br><br>          Defendant | Case No.: 1:18 CR 00072 LJO SKO<br><br>**STIPULATION TO MODIFY HIS CONDITIONS OF RELEASE TO REMOVE THE LOCATION MONITORING COMPONENT** |

      The United States of America by and through its Counsel of Record Ross Pearson Assistant United States Attorney, and E. Marshall Hodgkins, Attorney of Record for Miguel Saldate Sr. stipulates as follows:

      1. Mr. Miguel Saldate was released on March 30, 2018. From March 30, 2018 to June 20, 2018, he was subject to location monitoring on Home Detention.

      2. In June of 2018, with the agreement of the parties, Mr. Saldate was reduced to location monitoring on a curfew (8:00 am to 8:00 pm). Since that time Mr. Saldate has maintained employment. He has been compliant with his release

conditions, and there have been no electronic monitoring violations since his release in March of 2018.

3. On October 9, 2018, Mr. Saldate Sr.'s Pre-Trial Services Officer Alicia Mirgain, emailed the parties indicating that she thought a stipulation would be appropriate to release Mr. Saldate and remove him from the location monitoring component.

4. The parties were notified of this request by the Pre-Trial Services Officer, and have agreed.

IT IS SO STIPULATED.

Dated: 10/11/18 /s/ Ross Pearson
Assistant U.S. Attorney

Dated: 10/11/18 /s/ E. Marshall Hodgkins
Attorney of Record for
Miguel Saldate Sr.

**ORDER**

IT IS SO ORDERED.

Dated: **October 15, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE